# Order

**Lansing, Michigan**

December 21, 2018

154384(28)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 154384
                                    COA: 333652

NOEL MARCIAL HADLEY,
      Defendant-Appellant.

                                    Shiawassee CC: 15-007177-FH
_____/

       On order of the Court, the motion for demand for certification of compiled laws is
DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk

p1217